**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

GABRIEL HYNES,

    Plaintiff,

v.   Case No. 3:19-cv-16-J-34JRK

CERTAIN INTERESTED
UNDERWRITERS AT LLOYD'S,
LONDON SUBSCRIBING TO POLICY
NUMBER AGY 14079205 and ZURICH
AMERICAN INSURANCE COMPANY,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation to Remand (Dkt. No. 38; Stipulation) filed on March 1, 2019. In the Stipulation, Plaintiff and Defendant Certain Interested Underwriters at Lloyd's, London Subscribing to Policy Number AGY 14079205 advise the Court that they stipulate to remand. See Stipulation at 1. Defendant Zurich American Insurance Company takes no position regarding remand. See Notice of No Position in Response to Plaintiff's Motion to Remand (Dkt. No. 35). Accordingly, it is

**ORDERED:**

1. This case is **REMANDED** to the Circuit Court of the Fourth Judicial Circuit, in and for Duval County, Florida for all further proceedings.

2. The Clerk of the Court is **DIRECTED** to transmit a certified copy of this Order to the clerk of that court, terminate all pending motions, and close this file.

3. Plaintiff waives any attorney's fees and costs incurred as a result of the removal to this Court.

**DONE AND ORDERED** in Jacksonville, Florida this 4th day of March, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record

Clerk, Fourth Judicial Circuit